UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY L. NEWMAN,<br><br>                    Petitioner,<br><br>        v.<br><br>MARTIN BITER,<br><br>                    Respondent. | Case No. CV 16-08699 AG (RAO)<br><br><br>JUDGMENT |

IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Summarily Dismissing Second or Successive Petition for Writ of Habeas Corpus for Lack of Jurisdiction and Denying Certificate of Appealability.

DATED: March 16, 2017

_____

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE